RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
JULIE A. OSTIL (SBN 215202)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com
jostil@sjlawcorp.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION TRUST FUND FOR OPERATING ENGINEERS; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>  Plaintiffs,<br><br>vs.<br><br>WESTERN TRACTION COMPANY II, INC., a California corporation, PHOENIX MACHINERY SERVICES CORP., a California corporation, and DOES 1-20<br><br>  Defendants, | Case No.: C 11-3161 TEH<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND LAST DAY TO FILE STIPULATION TO ADR PROCESS OR NOTICE OF NEED FOR ADR PHONE CONFERENCE; [~~PROPOSED~~] ORDER THEREON**<br><br>Date:  October 24, 2010<br>Time:  1:30 p.m.<br>Courtroom 12, 19th Floor<br>Judge: The Honorable Thelton E. Henderson |

Plaintiffs herein respectfully request that the Case Management Conference currently on calendar for October 24, 2011 at 1:30p.m., be continued, due to default being entered on Defendants, and in anticipation of Plaintiffs filing a Motion for Default Judgment.

  1.  This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended by the Multiemployer Pension Plan Amendments Act of 1980 (29 U.S.C §§1001-1461 (1982)), to recover withdrawal liability amounts owed by Defendants Western Traction Company II, Inc., a California corporation, and Phoenix Machinery Services Corp., a California corporation (collectively "Defendants") to Plaintiffs Pension Trust Fund for Operating Engineers, F.G. Crosthwaite, and Russell E. Burns (collectively "Plaintiffs").

-1-
REQUEST TO CONTINUE AND EXTEND; [PROPOSED] ORDER THEREON

C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\Request to Continue CMC 092711.DOC         Case No.:  C 11-3161 TEH

1  ///

2      2.    On August 8, 2011 Plaintiffs filed a request for Entry of Default against Defendants for failure to plead or otherwise defend or appear in this action (Docket No.: 14).

4      3.    Default was entered on Defendants on August 10, 2011 (Docket No.: 15).

5      4.    Plaintiffs are currently preparing a Motion for Default Judgment, which they anticipate filing with the Court within the next thirty (30) days.

7      5.    There are no issues that need to be addressed at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for October 24, 2011, and all related dates, be continued for 120 days. Plaintiffs further request that the deadline to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference be extended alongside the continuance of the Case Management Conference.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 27th day of September, 2011, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/\_\_\_\_\_ _____
    Julie A. Ostil
    Attorneys for Plaintiffs

-2-
**REQUEST TO CONTINUE AND EXTEND; [PROPOSED] ORDER THEREON**
Case No.:  C 11-3161 TEH

-3-

1
2
3      **ORDER**
4    Based on the foregoing, and good cause appearing, the currently set Case Management
5  Conference is hereby continued to January 23, 2012 at 1:30 p.m. All related case management
6  deadlines are extended accordingly.  The last day to file either a Stipulation to ADR Process or
7  Notice of Need for ADR Phone Conference is hereby extended to January 3, 2012.
8
9  IT IS SO ORDERED.
10
11  Dated:   09/27/2011
12                                                    _____
                                                      THELTON E. HENDERSON
13                                                    UNITED STATES DISTRICT JUDGE



14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-
**REQUEST TO CONTINUE AND EXTEND; [PROPOSED] ORDER THEREON**
C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\Request to Continue CMC 092711.DOC      Case No.:  C 11-3161 TEH